FILED
CLERK, U.S. DISTRICT COURT
03/02/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RICARDO JOHN NAVARRO,<br><br>　　　　Defendant. | ED CR No. 5:22-cr-00063-JWH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 922(g)(1), (g)(9): Prohibited Person in Possession of a Firearm] |

The Grand Jury charges:

[18 U.S.C. §§ 922(g)(1), (9)]

On or about December 28, 2021, in Riverside County, within the Central District of California, defendant RICARDO JOHN NAVARRO knowingly possessed a firearm, namely, a Taurus, Model PT709 Slim, 9mm pistol, bearing serial number TDN66995, in and affecting interstate and foreign commerce.

Defendant NAVARRO possessed such firearm knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Vandalism, in violation of California Penal Code Section 594(b)(1), in the Superior Court of the

State of California, County of San Bernardino, case number FWV701411, on or about January 11, 2008.

Furthermore, defendant NAVARRO possessed such firearm knowing that he had previously been convicted of a misdemeanor crime of domestic violence, namely, Inflicting Corporal Injury on a Spouse, Cohabitant, or Child's Parent, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of San Bernardino, case number FSB17004101, on or about June 18, 2018.

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
United States Attorney

*Christina Shy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

JOHN A. BALLA
Assistant United States Attorney
Deputy Branch Chief, Riverside
Branch Office

2