# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | ED CR 22-00063-JWH |
| Ricardo John Navarro, | |
| | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Tuesday,</u> <u>April 11, 2023</u>, at <u>1:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>540</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*
The Court recommends that Defendant be housed at MDCLA until detention proceedings are resolved.

Dated: <u>April 4, 2023</u>

_____
Steve Kim, U.S. Magistrate Judge